UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NGOZI OGBO, IRUKA NDUBUIZU, GLADS
AZINGE, *and* JANE OGBONNA,

                         Plaintiffs,

            - *against*-

CSX TRANSPORTATION, INC., MAERSK
LINE LIMITED, MAERSK AGENCY U.S.A.,
INC., ABC TRUCKING AND LOGISTICS,
L.L.C., OFFSHORE LOGISTICS, L.L.C.,
JOHN DOE #1–5, *and* ABC CORP #1–5,

                         Defendants.

**ORDER**

23 Civ. 10297 (ER)

RAMOS, D.J.

On November 20, 2023, the United States District Court for the Southern District of Georgia issued an order in which it severed Counts One and Two of the complaint and transferred those claims to this Court.  Doc. 46 at 29.  Plaintiffs' complaint asserted Counts One and Two against all Defendants except for Norfolk Southern Railway Company.  *See id.* at 25.

Accordingly, the Clerk of Court is respectfully directed to terminate Norfolk Southern Railway Company as a defendant in this case.

It is SO ORDERED.

Dated:  February 27, 2025
        New York, New York

_____
        Edgardo Ramos, U.S.D.J.